UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Alex Sitnikov, on behalf of himself and all those similarly situated who consent to representation,<br><br>   Plaintiff,<br><br>v.<br><br>Onyx, a Georgia corporation<br><br>   Defendant. | Civil Action No.<br>1:22-cv-00699-SEG<br><br>Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

HERE COMES Plaintiff and pursuant to Federal Rule of Civil Procedure 41(a)1A(i), Plaintiff files this Notice of Voluntary Dismissal Without Prejudice.

Respectfully submitted this 27th day of June, 2022.

      MARTIN & MARTIN, LLP

    By: /s/Kimberly N. Martin
      Kimberly N. Martin
      kimberlymartinlaw@gmail.com
      Georgia Bar No. 473410
      Thomas F. Martin
      tfmartinlaw@msn.com
      Georgia Bar No. 482595

      Martin & Martin, LLP

Post Office Box 1070
Tucker, Georgia 30085-10170
Telephone 404.313.5538